NIKOLA PERAZIC, Appellant, v. LEONTIN PERAZIC, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present— Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

FRANK E. DESHLER, Appellant, v. HELEN W. RIVAS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present— Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

In the Matter of the Probate of the Will of JOSEPH RANK, Deceased. LEONARD A. RANKO, Appellant; SOPHIE RANKO, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present— Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

In the Matter of PRICE ENTERPRISES, INC., Respondent. BRADLEY CAFETERIA, INC., Appellant.— Order unanimously modified so as to direct a reference before an official referee to hear and report to the Special Term on the issue as to whether petitioner, in good faith, performed its obligation, under the stipulation, to make the necessary application to the State Liquor Authority for permission to conduct the licensed business on the rented premises, and whether petitioner's failure to secure a license was due to its fault and, as so modified, affirmed, with costs to abide the event. The motion to restore the proceeding to the calendar should await the result of the reference ordered herein. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

RUTH ZUCKERBROD et al., Respondents, v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. We construe the order to mean that this is a direction to pay. The issue presented here is one as to the scope of the judgment and not one as to how it should be enforced. We determine that the decision as to the scope of the judgment is correct and that the plaintiffs are entitled to all of the rights and emoluments as if they had been clerical assistants, and the board of higher education is directed to comply with that judgment. It is not necessary, at this time, to pass upon how it should be enforced, as we assume such question will not arise. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

WALTER A. WANNERSTROM et al., Respondents, v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.— Order entered January 3, 1951, as resettled by order entered January 22, 1951, and the order and judgment entered April 28, 1949, as resettled by an order and judgment entered January 24, 1951, unanimously affirmed, with costs to the respondents. See memorandum decision in appeal in *Zuckerbrod* v. *Board of Higher Educ. of City of N. Y.* (*ante,* p. 822, decided herewith). No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.